DOWD, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| Acie Cole, Jr., ) | |
| ) | CASE NO. 4:02 CR 253 |
| Petitioner, ) | (Civil Case No. 4:09 CV 1300) |
| ) | |
| v. ) | JUDGMENT ENTRY |
| ) | |
| United States of America, ) | |
| ) | |
| Respondent. ) | |
| ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the petition for habeas relief is denied. The Court declines to issue a certificate of appealability finding no basis for a certificate of appealability. Case closed.

IT IS SO ORDERED.

| | |
|---|---|
|  August 2, 2010 |  /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |